Michael A. Strauss, SBN 246718
mike@palaylaw.com
Andrew C. Ellison SBN 283884
Andrew@palaylaw.com
**STRAUSS & PALAY, APC**
121 North Fir Street, Suite "F"
Ventura, CA 93001
Telephone: (805) 641-6600
Facsimile: (805) 641-6607

JS-6

Attorneys for Plaintiff KEVIN GROVER

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN GROVER, an Individual<br><br>Plaintiff,<br><br>vs.<br><br>4750 SEPULVEDA L.L.C., a California Limited Liability Company; TERRAPACIFIC HOLDINGS INC., a California Corporation; TINA BERNARD, an Individual; and DOES 1 through 100, inclusive, | CASE NO:  cv-14-05674 MWF-JEM<br><br>**Honorable Judge John E. McDermott**<br><br>**STIPULATION RE DISMISSAL WITH PREJUDICE OF ALL CLAIMS**; ORDER |

WHEREAS, Plaintiff KEVIN GROVERR and Defendants, 4750 SEPULVEDA, L.L.C., et al., have resolved their dispute in this matter;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and Between Plaintiff and Defendants as follows:

1. All of Plaintiff's claims against Defendants are hereby dismissed with prejudice.
2. Each party shall bear his/its own attorneys' fees and costs incurred herein.
3. All of Plaintiff's claims against Defendants, including those in the proposed Second Amended Complaint.

/ / /

/ / /

**IT IS SO STIPULATED**.

Dated: June 5, 2015  **PALAY LAW FIRM**
 **A Professional Corporation**

By: */s/ Andrew C. Ellision*
 ANDREW C. ELLISON
 Attorneys for Plaintiff, KEVIN GROVER

Dated: June 5, 2015  **LAW OFFICE OF MITCHEL T. STANTON**

By: */s/ Mitchell T. Stanton*
 MITCHEL T. STANTON
 Attorneys for Defendants, 4750
 SEPULVEDA, L.L.C., et al.

IT IS SO ORDERED.

June 8, 2015  DATED:

_____
UNITED STATES DISTRICT JUDGE